CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

OCT 0 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ADELSON MICHEL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00533 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| RAYMOND A CONTABILE, | ) | |
| KATHLEEN HWANG, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 8th day of October, 2008.

                                                /s/ Glen E. Conrad
                                                United States District Judge